In the Matter of TEVON F., a Person Alleged to be a Juvenile Delinquent, Respondent. PRESENTMENT AGENCY, Appellant.

[947 NYS2d 885]

The Family Court erred in dismissing the petition (*see Matter of Shakeim C.*, 97 AD3d 675 [2012] [decided herewith]). Rivera, J.P., Florio, Eng and Roman, JJ., concur.